UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE COMPLAINT | § | CIVIL ACTION NO.: |
| OF MMD MARINE, L.L.C., AS OWNER/ | § | |
| OWNER PRO HAC VICE OF BARGE | § | JUDGE: |
| MMD O901, FOR EXONERATION FROM | § | |
| OR LIMITATION OF LIABILITY | § | MAGISTRATE: |

## COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

NOW INTO COURT, through undersigned counsel, comes Petitioner, MMD MARINE, L.L.C., as the owner/owner *pro hac vice* of barge MMD 0901, and petitions for exoneration from or limitation of liability, pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, and 46 U.S.C. §30501, *et seq.*, as follows:

I.

At all relevant times, Plaintiff, MMD MARINE, L.L.C., a limited liability company duly organized and existing under the laws under the State of Louisiana, with its principal place of business located in St. Martinville, Louisiana, was owner/owner *pro hac vice* of barge MMD 0901.

II.

At all times, barge MMD 0901 was and is a documented vessel of the United States, bearing official number 1217614. At all times, barge MMD 0901 was tight, staunch, strong, equipped and supplied, and in all respects seaworthy and fit for the service for which it was engaged.

III.

On or about June 12, 2012, barge MMD 0901 was working at a midstream transfer operation on the Mississippi River at or near the Impala Warehousing (US) LLC Burnside Terminal, located in Darrow, Ascension Parish, State of Louisiana, when Kim A. Chaisson, Jr., a tug captain employed by Tiger Tugz, L.L.C., allegedly fell while walking down the gunnel of the barge.

IV.

In a letter dated September 27, 2012, Tiger Tugz, L.L.C. put M. Matt Durand, LLC and MMD MARINE, L.L.C. on notice for "damages, expenses, medical bills, suits (sic) settlements, and costs sustained by Tiger Tugz, LLC and by third parties" arising out of the alleged June 12, 2012 incident involving Kim A. Chaisson, Jr.

V.

The September 27, 2012 letter from Tiger Tugz, L.L.C. was the first written notice to MMD MARINE, L.L.C. of any claim arising out of the alleged June 12, 2012 incident involving Kim A. Chaisson, Jr.

VI.

Venue is proper in this District pursuant to Rule F(9) Supplemental Rules for Certain Admiralty and Maritime Claims as barge MMD 0901 is located in District at the time this Complaint for Exoneration From or Limitation of Liability is being filed..

VII.

This is an admiralty and maritime action within the meaning of Rule 9(h). Jurisdiction is based on 28 U.S.C. §1333.

VIII.

All resultant losses or damages, if any, were not caused or contributed to in any way by the fault of barge MMD 0901 or her owner/owner *pro hac vice*, MMD MARINE, L.L.C., or of any persons for whose acts MMD MARINE, L.L.C. is responsible, but on the contrary, were caused by the acts or omissions of others for whom MMD MARINE, L.L.C. is not responsible.

IX.

MMD MARINE, L.L.C. denies that it or barge MMD 0901, or any persons or property for whom or which MMD MARINE, L.L.C. may be responsible are liable to any extent in the premises. MMD MARINE, L.L.C. and barge MMD 0901 claim exoneration from all liability for all losses, damages, injuries and destruction incurred by reason of the matters aforesaid. In the alternative, and in the event MMD MARINE, L.L.C. and/or barge MMD 0901 should be held responsible by reason of the matters hereinabove set forth, MMD MARINE, L.L.C. claims the benefits of the Limitation of Liability Act provisions set forth in 46 U.S.C. §30501, *et seq.* and all laws supplementary thereto and amendatory thereof, because all of the losses, damages, injuries and/or destruction resulting from the aforesaid incident(s) occurred without privity or knowledge of MMD MARINE, L.L.C.

X.

Barge MMD 0901 had an estimated fair market value as of June 12, 2012 of $505,000.00, and pending freight and/or charter hire immediately following this incident not exceeding $37,800.00. MMD MARINE, L.L.C. further avers that the amount of estimated claims alleged against it and barge MMD 0901 may exceed MMD MARINE, L.L.C.'s interest in barge MMD 0901, her freight and/or charter hire pending immediately following the casualty.

XI.

Plaintiff will file an *ad interim* stipulation and security in the form of a Letter of Undertaking by The Gray Insurance Company in the appropriate form with an approved corporate surety for the payment into Court in the amount of MMD MARINE, L.L.C.'s interest in barge MMD 0901 and pending freight and/or charter hire, together with interest at the rate of 6% per annum from the date of said stipulation and for costs; and in addition thereof, MMD MARINE, L.L.C. is prepared to give additional security as may be ascertained and determined to be necessary under the orders of this Court and as provided by the laws of the United States and of this Court. Plaintiff specifically reserves the right to apply to this Court to reduce the amount of the *Ad Interim* Stipulation and the limitation fund in accordance with final evaluations and applicable statutes.

XII.

All and singular, the premises of this Complaint are true on information and belief and within the admiralty and maritime jurisdiction of this Court.

WHEREFORE, MMD MARINE, L.L.C. prays:

1. That the Court enter an order approving the *ad interim* stipulation for the value of barge MMD 0901 and pending freight or charter hire for the total amount of FIVE HUNDRED FORTY-TWO THOUSAND EIGHT HUNDRED AND 00/100 ($542,800.00) DOLLARS, plus interest at a rate of 6% per annum from the date of this Complaint.

2. That the Court issue notice to all persons asserting claims by reason of any loss, injury, expense or damage, occasioned or incurred by reason of the aforementioned incident, admonishing them to file their claims with the Clerk of Court and to serve on the attorneys for MMD MARINE, L.L.C. a copy thereof on or before a date to be named in the Notice.

3. That the Court issue its injunction restricting the commencement and/or prosecution of any and all actions or suits or legal proceedings of any kind whatsoever against MMD MARINE, L.L.C., barge MMD 0901 or their underwriters arising out of the aforementioned casualty other than in the present action.

4. That this Court adjudge that MMD MARINE, L.L.C. and barge MMD 0901 are not liable for any loss, injury, expense or damage or claim whatsoever in consequence of the aforementioned incident or that, if such liability ever existed, then that it be limited to the value of MMD MARINE, L.L.C.'s interest in and to barge MMD 0901 together with charter hire and/or freight, if any, pending at the time of the casualty.

5. That this Court grant such orders and further relief as justice and equity require.

Respectfully submitted,

ALLEN & GOOCH
A LAW CORPORATION

_____
RANDALL K. THEUNISSEN (#12727)
S. BRIAN PERRY (#25209)
P.O. Box 81129
Lafayette, Louisiana 70508-1129
Telephone: 337-291-1000
Facsimile: 337-291-1200
randytheunissen@allengooch.com
brianperry@allengooch.com
Attorneys for Complainant, MMD Marine, L.L.C.